CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Roanoke
APR 0 5 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NICHOLAS EDWARD PITTARELLI,<br>Petitioner, | Civil Action No. 7:07cv00136 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced 28 U.S.C. § 2255 motion is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 5th day of April, 2007.

*Norman K. Moon*
United States District Judge